# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:05-CR-108** |
| | ) | **JUDGE PHILLIPS/SHIRLEY** |
| **KENNY LAMAR BENTON** | ) | |
| | ) | |

## ORDER TO AMEND INDICTMENT

This matter is before the Court upon United States' motions to amend the indictment [Doc. 17 and Doc. 18]. The United States requests that the indictment reflect the defendant's actual name, Kenny Lamont Benton, instead of the previously stated Kenney Lamar Benton. For good cause, United States' motion [Doc. 18] is **GRANTED**, and United States' motion [Doc. 17] is **MOOT**.

IT IS SO ORDERED.

ENTER:

s/Thomas W. Phillips
United States District Judge