# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CR-108 |
| ) | (PHILLIPS) |
| KENNY LAMONT BENTON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court upon defendant's motion to file pleading under seal [Doc. 32]. Defendant asserts that the pleading contains personal and sensitive information to the case, which is disclosed to the Court to aid in the administration of justice, but if disclosed to the public, would unduly embarrass the defendant. For good cause stated, defendant's motion to file pleading under seal [Doc. 32] is **GRANTED**.

IT IS SO ORDERED.

ENTER:

    s/ Thomas W. Phillips
UNITED STATES DISTRICT JUDGE